# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>DAVID GRESS<br>SSAN: XXX-XX-6935<br><br>LUCILLE GRESS<br>SSAN: XXX-XX-6095<br><br>Debtor(s) | Case No. 17-31460-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on May 24, 2017.

2. The debtor(s) §341 Meeting of Creditors was held June 28, 2017.

3. The debtor(s) overall pay record is 100%.

(**X**) The debtor(s)' plan fails to meet the best interest of creditors test as discussed at the 341.

(**X**) Debtor has not provided any provisions on the plan for adequate protection payments.

(**X**) Debtor has not amended Schedule C to exempt firearms.

(**X**) Debtor was to amend the schedules to separate out the four parcels and correct the value of each.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this July 24, 2017.

Sabrina L. McKinney  
Chapter 13 Standing Trustee

By: /s/*Audrey L. Willis*  
Audrey L. Willis  
Staff Attorney

Office of the Chapter 13 Trustee  
P.O. Box 173  
Montgomery, AL  36101-0173  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: willisa@ch13mdal.com

**CERTIFICATE OF SERVICE**

   I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  July 24, 2017.

Copy to: DEBTOR(S)  
         RICHARD D SHINBAUM

/s/*Audrey L. Willis*  
Audrey L. Willis  
Staff Attorney