UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 17-31460-DHW
                                                   Chapter 13
DAVID GRESS,
LUCILLE GRESS,

    Debtors.

## ORDER DISMISSING MOTION

Acceptance Loan Company Inc. filed a motion (Doc. # 38) to Allow Claim Number 17. The matter came on for hearing on November 27, 2017. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is DISMISSED.

Done this 28th day of November, 2017.

*/s/ Dwight A. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtors
      Richard D. Shinbaum, Attorney for Debtors
      Sabrina L. McKinney, Trustee
      Acceptance Loan Company Inc., Creditor
      Paul J. Spina, Attorney for Creditor

```
                            United States Bankruptcy Court
                              Middle District of Alabama
```

In re:                                                        Case No. 17-31460-DHW
David Gress                                                   Chapter 13
Lucille Gress
        Debtors                     **CERTIFICATE OF NOTICE**

District/off: 1127-2           User: rwalker              Page 1 of 1              Date Rcvd: Nov 28, 2017
                               Form ID: pdfSOME           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
db/jdb         +David Gress,   Lucille Gress,   69 Country Club Drive,   Luverne, AL 36049-6814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Joshua C. Milam    on behalf of Debtor David  Gress jmilam@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Joshua C. Milam    on behalf of Joint Debtor Lucille  Gress jmilam@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Leonard N. Math    on behalf of Creditor   MAX CREDIT UNION noticesmd@chambless-math.com
              Paul J. Spina, III    on behalf of Creditor    Acceptance Loan Company pspina@spinalavelle.com
              Paul J. Spina, III    on behalf of Creditor    Acceptance Loan Company, Inc. pspina@spinalavelle.com
              Richard D. Shinbaum    on behalf of Joint Debtor Lucille  Gress rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Richard D. Shinbaum    on behalf of Debtor David  Gress rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
              Stephen  Bulgarella    on behalf of Creditor    QUICKEN LOANS INC. bankruptcy@sirote.com
                                                                                             TOTAL: 10